IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAMIEN G. TERRY,

    Plaintiff,

v.

S.A. GODINEZ, DONALD GAETZ,
YOLANDE D. JOHNSON, and WENDY
BLANK,

    Defendants.

Case No. 11-cv-1031-JPG

## MEMORANDUM AND ORDER

Plaintiff, currently incarcerated at Pontiac Correctional Center, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 alleging violations that occurred during his incarceration at Tamms Correctional Center. Plaintiff claims that all defendants violated his right guaranteed by the Eighth Amendment to be free from cruel and unusual punishment. Specifically, plaintiff alleges that defendants were deliberately indifferent to his mental health needs. According to plaintiff, the extreme isolation, restricted movement, harsh punishments, and restricted environmental stimulation at Tamms Correctional Center exacerbated his mental illness, resulting in self-harm, self-mutilation, throwing of feces and bodily fluids, sleep disturbances, panic attacks, and attempted suicide. Plaintiff seeks injunctive relief to transfer all mentally ill patients out of Tamms Correctional Facility.

Transfer of a prisoner to another institution renders the prisoner's request for injunctive relief against the first prison moot unless he makes a showing that he will likely be retransferred to that first institution. *Higgason v. Farley*, 83 F.3d 807, 811 (7th Cir. 1996). Here, plaintiff's claims all arise out of actions that occurred at Tamms Correctional Center. Plaintiff is currently incarcerated at another facility and his complaint does not plausibly suggest that he will be

1

2

transferred back to Tamms Correctional Center.  Thus, plaintiff's request for injunctive relief against defendants is moot.  Plaintiff does not seek damages.

Accordingly, the Court **DISMISSES** this matter with prejudice.  The Court further **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:** September 5, 2012

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**United States District Judge**